UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CRIMINAL ACTION NO. 10-10434-GAO

UNITED STATES OF AMERICA,

v.

ROBERT PARSONS,
Defendant.

ORDER
April 11, 2013

O'TOOLE, D.J.

Upon consideration of the Motion for a New Trial (dkt. no. 508) filed *pro se* by defendant, Robert Parsons, and the Amended Motion for a New Trial (dkt. no. 687) filed by counsel (collectively, the "New Trial Motions") in the above-captioned action, and the United States of America's response thereto, it is hereby ORDERED and DIRECTED as follows:

1. The defendant's attorney-client privilege is waived to the extent that he has asserted a claim of ineffective assistance of counsel and to the extent that the communications between him and his attorney are necessary to prove or disprove the defendant's claims.

2. Accordingly, the government and defense counsel may ask Attorney James Greenberg questions relating to claims raised by Parsons in the New Trial Motions and supporting memoranda.

3. Additionally, the government and defense counsel may ask Attorney James Greenberg to disclose any documentation responsive to the allegations raised by Parsons in the New Trial Motions, including documentation relating to communications or correspondence exchanged with Parsons during his representation.

4. Within 21 days of receipt of documentation from Attorney James Greenberg, the government is hereby ordered to file its response to the New Trial Motions.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge